UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jonathan Glenn Sinclair** **Docket No. 5:21-CR-270-1FL**

**Petition for Action on Supervised Release**

COMES NOW Carlton Timberlake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jonathan Glenn Sinclair, who, upon an earlier plea of guilty to Count 1 - Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, in violation 21 U.S.C. §§ 846, 841(b)(1)(B), and 841(a)(1), Count 2 - Distribution of 5 Grams or More of Methamphetamine and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 18 U.S.C. § 2, and Count 3 - Possession With Intent to Distribute 50 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 5, 2024, to the custody of the Bureau of Prisons for a term of 47 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jonathan Glenn Sinclair was released from custody on December 11, 2024, at which time the term of supervised release commenced.

On December 31, 2024, the court approved a Violation Report to continue supervision after the defendant tested positive for marijuana.

On April 22, 2025, the court approved a Violation Report to continue supervision after the defendant tested positive for marijuana.

On May 23, 2025, the court approved a Petition for Action after the defendant tested positive for marijuana. The court permitted supervision to continue, and the defendant was ordered to comply with a curfew for 60 days.

On August 22, 2025, the court approved a Violation Report to continue supervision after the defendant was charged with Communicating Threats.

On June 16, 2026, the court approved a Petition for Action addressing U.S. v. McLaurin. At that time, the court ordered that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and special conditions imposed by the court. Additionally, the court was notified that the defendant tested positive for marijuana.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 15, 2026, the defendant submitted a urine specimen that tested positive for marijuana, which was confirmed by the national laboratory on October 22, 2026. The defendant admitted to use of marijuana prior to the testing date and signed a written document acknowledging use and possession of an illegal substance. He was verbally reprimanded and counseled about his actions. The defendant is currently engaged in substance abuse treatment services at Waynesboro Family Clinic and is enrolled into the Surprise Urinalysis Program. It is respectfully recommended that the conditions of supervision be modified

to include participation in Moral Reconation Therapy. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ John Seth Coleman
John Seth Coleman
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Carlton Timberlake
Carlton Timberlake
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8665
Executed On: October 30, 2026

**ORDER OF THE COURT**

Considered and ordered this 5th day of March, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge